SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES   05 - 0259 M - 02

UNITED STATES   TOT  # SP1244-05
No._____

Vs.   P.D.I.D. No. 573-413

COLLADO RODRIGUEZ
_____(Defendant)

FILED
MAY - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __MAY 9TH, 2005__.

COMMITMENT/RELEASE

[X] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: __MAY 9TH, 2005__

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME: __COLLADO XXXXXXXXX RODRIGUEZ__

Address:_____

_____   Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: __MAY 7TH, 2005__

_____
JUDICIAL OFFICER PRESIDING

white-court            yellow-usao            Pink-defense

CD-3026/Mar. 03