AO 471 (8/85) Order of Temporary Detention

# United States District Court

**FILED MAY 09 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ for the _____ DISTRICT OF _____ Columbia _____

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION TO |
|---|---|
| V. | PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION |

_Collado Rodriguez_
Defendant

Case Number: 05-2591M-02

I find that the defendant

☐ is, and was at the time the alleged offense was committed:

  ☐ on release pending trial for a felony under federal, state, or local law.

  ☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

  ☐ on probation or parole for an offense under federal, state, or local law; or

☑ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or ☐ pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including __5-23-05__, which is not more than ten days from the date of this Order, excluding Saturdays, Sundays and holidays.

I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the defendant can be transferred and a detainer placed in connection with this case.

If custody is not transferred by the above date, I direct the production of the defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

Date: __5-9-05__        _____
                          Judicial Officer