05CR214

RECEIVED
NOV 15 2005
JUDGE RICHARD LEON

His Honor:

   Leon, J. RJL

This letter is to send you greetings, hoping well [sic]. At the same time asking your pardon for the format used in this letter.

Your Honor, this letter is to inform you that the motive for my asking for a change of attorney is in my view my proceedings [sic] have been handled oddly which I am willing to explain to you when you will it, making the proviso [sic] that I do not oppose reaching an understanding with my attorney.

Your Honor, at the same time I am informing you without knowing if this may affect me judicially I have sent a letter to the distinguished prosecutor asking for a cooperation agreement with this worthy country that you are the most important figure in this judicial proceeding [sic].

Your Honor, I am writing you this information because I think you need to know that I am willing to cooperate with the United States of North America.

Your Honor, I take my leave sincerely as defendant,

Rodriguez Collado

FILED
NOV 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Translated by Teresa C. Salazar, Federally Certified Staff Interpreter and Director of Interpreting Services of the U.S. District Court for the District of Columbia.*