### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 05-214 (RJL) |
| ) | |
| COLLADO RODRIQUEZ ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT

Pursuant to Criminal Rules of Procedure 44 and United States District Court for the District of Columbia Rule 301(d), undersigned respectfully requests permission to withdraw from further representation of the defendant in this case.

The relationship between the defendant and undersigned has deteriorated beyond repair such that undersigned can no longer effectively represent the defendant. Communications between undersigned and the defendant are no longer fruitful or viable.

Undersigned counsel files this motion without the consent of the defendant however, undersigned verbally expressed her intent to the defendant in filing such motion. A copy of said motion will be mailed to the defendant immediately and an additional copy will be provided to him in court during the court hearing of February 3, 2005.

**Wherefore**, for the above grounds and such others as may appear before the Court, the undersigned respectfully request that this motion be granted.

2

Respectfully submitted,

/eca/

Elita C. Amato, Esq., #442797
1211 Conn. Ave., N.W., Suite 400
Washington, D.C.   20036
202-223-3210

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion To Withdraw was delivered by first class mail to Collado Rodriquez, 1901 E Street, S.E., Washington, D.C.  20003 this 1st day of February 2006, and electronically served upon all parties.

/ECA/
_____
Elita C. Amato

2