UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA


          v.                          Cr. 05-214-02 (J. Leon)


COLLADO RODRIGUEZ


MOTION TO WITHDRAW AS COUNSEL


Heather Shaner, counsel appointed by this Court on February 28, 2006, now moves to withdraw as counsel based on a conflict. Counsel immediately informed the Court and the Federal Public Defender on March 24, 2006. Counsel has transferred all files to the Office of the Federal Public Defender. New Counsel, Joann Slaight, has been contacted by the Federal Public Defender.

WHEREFORE, counsel requests the Court grant this Motion and permit her to withdraw as counsel.


_____/s/_____
H. Heather Shaner,Esq.
1702 S St. N.W.
 Washington, D.C. 20009
 Tel. 202 265  8210