UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ]<br>   v.  ]<br>KELVIN MARTE    et al ] | Criminal No.  05-cr-214-02<br>Judge Leon (RJL) |

### NOTICE OF APPEARANCE FOR DEFENDANT COLLADO RODRIGUEZ

Please note the appearance of undersigned counsel for defendant Collado Rodriguez appointed under the Criminal Justice Act.

Respectfully submitted,

Joanne D. Slaight, #332866
717 5th Street, N.W.
Washington, DC  20001
Phone (202) 408-2041
Fax (202) 289-6810
Email:   jslaight@att.net