UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO.  05-214 (RJL) |
| | : |
| COLLADO RODRIGUEZ, | : |
| | : |
| Defendant. | : |

## ORDER

Based upon the government's motions to introduce evidence of other crimes, it is this

_____ day of _____, 2006, hereby

**ORDERED** that, pursuant to Federal Rule of Evidence 404(b), the government may present evidence regarding the defendant's transportation and possession with intent to distribute a mixture of  heroin and cocaine on August 9, 2004 in Cecil County, Maryland.


_____
RICHARD J. LEON
United States District Court Judge for the District of Columbia