UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO.  05-214-02 (RJL)** |
| : | |
| **COLLADO RODRIGUEZ,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY - CHEMISTS**

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits the following notice of expert testimony:

1.   Please be advised that the Government intends to call DEA Forensic Chemists Minh Dang and Heather Hartshorn to testify regarding the results of the DEA analysis in this case.  Each chemist is expected to testify regarding the procedures used by the DEA for receiving controlled substances for analysis and maintaining the chain of custody of such narcotics, including the assignment of a DEA identification number.  The chemists will also testify that these procedures were followed in connection with the narcotics seized in this case and that when received, the narcotics were secured by an unbroken heat-seal and a DEA evidence sticker, and showed no signs of tampering.

2.   The chemists will also testify that after receiving the narcotics and confirming there was no evidence that the heat seal had been tampered with, they opened the heat seals by cutting open one end and removing the contents.  The chemists' testimony will include that they performed a microscopic and a chemical analysis on the substance found inside the packaging of the heat

seals.  The results of the analysis ("Certified Report of Controlled Substance Analysis" and the attached form "DEA-7") have been previously disclosed to the defendant pursuant to Rule 16.  The chemists will testify that they identified the controlled substances to a scientific certainty, and that after completing the analysis, they placed the substances into new bags that the DEA provided.  They will provide testimony on the procedure used to re-package the drugs after the analysis was completed and before it was returned to the evidence vault maintained by the DEA for proper storage.

        3.       Furthermore, the Government intends to call Vonzella Johnson, a forensic chemist with the Maryland State Police, to testify regarding the results of testing of narcotics seized from the defendant on August 9, 2004.  Ms. Johnson is expected to testify regarding the procedures used by the Maryland State Police for receiving controlled substances for analysis and maintaining the chain of custody of such narcotics.  She will also testify that these procedures were followed in connection with the narcotics seized on August 9, 2004 and that when received, the narcotics were secured by an unbroken heat-seal and showed no signs of tampering.  Ms. Johnson will testify she opened the heat seals by cutting open one end and removing the contents.  Her testimony will include that she performed a microscopic and a chemical analysis on the substance found inside the packaging of the heat seals.  The results of the analysis have been previously disclosed to the defendant pursuant to Rule 16.  Ms. Johnson will testify that she identified the controlled substances to a scientific certainty, and that after completing the analysis, she resealed the substances.  She will provide testimony on the procedure used to re-package the drugs after the analysis was completed and the return of the evidence to a storage vault maintained by the Maryland State Police.

4.      Also, please note that the Government hereby renews its earlier reverse discovery request pursuant to Federal Rule of Criminal Procedure 16(b) and a reverse <u>Lewis</u> request, including notice of any expert testimony that the Defense intends to call at trial in this case.

           Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058

BY: _____

BRYAN ROSLUND
Special Assistant United States Attorney
Organized Crime and Narcotics Section
555 4th Street, N.W.  #4643
Washington, DC 20001
(202) 514-4922; Fax: (202) 616-2296