UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] <br> ] <br> v.   ] <br> ] <br> COLLADO RODRIGUEZ ] <br> ] | Criminal No. 05-214 <br> Judge Leon |

## MOTION TO WITHDRAW AS COUNSEL

Petitioner Joanne Slaight, in accordance with U.S. District Court Rules for the District of Columbia - Criminal Rule 301(d), respectfully moves to withdraw as counsel, and as grounds therefore states the following:

1.   Petitioner was appointed to represent defendant Collado Rodriguez in the above-titled case on April 5, 2006.

2.   Mr. Rodriguez informed undersigned counsel today, during a meeting at the Correctional Treatment Facility with an interpreter, that he wants counsel to request the court to appoint a spanish speaking attorney to the case. Undersigned counsel had informed the Federal Defender's Office, Mr. Rodriguez and the court at the time of the appointment that counsel does not speak spanish. A spanish speaking interpreter has accompanied counsel to all meetings with Mr. Rodriguez, and we had been meeting for several hours today when he informed counsel of this request.

WHEREFORE, petitioner respectfully requests that she be granted leave to withdraw as counsel in the above matters and that her appearance be stricken.

Respectfully submitted,

Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041