UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ] ] ] | |
| v. | ] | Criminal No. 05-214 |
| COLLADO RODRIGUEZ | ] ] ] | |

**<u>ORDER</u>**

Upon consideration of petitioner's motion to withdraw as counsel, and for good cause shown; it is this _____ day of _____, 2006, hereby

ORDERED, that Joanne D. Slaight is granted leave to withdraw as counsel in the above titled cases, and her appearance be and hereby is stricken from the record.

_____
JUDGE

DATED: