UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 05-214-02 (RJL) |
| | : | |
| COLLADO RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S FIRST PROPOSED EXHIBIT LIST**

| No. | Description | Witness | Objection | Admitted |
| --- | --- | --- | --- | --- |
| 1 | Video 4/20/05 event | Hansohn, Watts, Carlos, Marte | | |
| 2 | Transcript 4/20/05 video | Carlos, Marte | | |
| 3 | heroin (KJ 867) 4/20/05 event | Hansohn, Watts, Carlos, Marte, Dang | | |
| 4 | Cocaine (KK 477) 5/6/05 event | Watts, Carlos, Marte, Hartshorn | | |
| 5 | Photo - Honda w/ NY plates 5/6/05 | Munez | | |
| 6 | photo - black bag 5/6/05 | Watts, Carlos, Marte | | |
| 7 | photo - unopened brick 5/6/05 | Watts, Carlos, Marte | | |
| 8 | photo - opened brick 5/6/05 | Watts, | | |
| 9 | photo - def 5/6/05 | Watts | | |

1

| 10 | photo - def close up 5/6/05 | Watts | | |
|----|------------------------------|-------|--|--|
| 11 | bus ticket receipt | Marte | | |
| 12 | bus schedule | Marte | | |
| 13 | Video 5/6/05 event | Carlos, Marte | | |
| 14 | Transcript 5/6/05 video | Carlos, Marte | | |
| 15 | Marte plea agreement | Marte | | |
| 16 | DEA 7 - heroin 4/20/05 event | Dang | | |
| 17 | DEA 7 – cocaine 5/8/05 event | Hartshorn | | |
| 18 | heroin 8/9/04 event | Cameron, Johnson | | |
| 19 | photo - def front 8/9/04 | Cameron | | |
| 20 | photo - def side 8/9/04 | Cameron | | |
|    |                              |        | | |

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058


BRYAN ROSLUND
Special Assistant United States Attorney
Organized Crime and Narcotics Section
555 4th Street, N.W.  #4108
Washington, DC 20001
(202) 514-4922; Fax: (202) 616-2296

2