UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ]<br>]<br>v.          ]<br>]<br>COLLADO RODRIGUEZ    ]<br>] | Criminal No. 05-214<br>Judge Leon |

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Defendant Collado Rodriguez, through undersigned counsel, proposes the following jury instructions from Criminal Jury Instructions for the District of Columbia, in addition to or in place of instructions proposed by the government in its motion filed August 21, 2006:

- 1.20   Questions by Juror - defendant objects to this instruction
- 1.12   Impeachment by proof of conviction of a crime - witness
- 1.12a  Impeachment by proof of pending case, probation, or parole, witness
- 2.05   Statements of counsel
- 2.06   Indictment or information not evidence
- 2.07   Inadmissible and stricken evidence
- 2.09   Reasonable doubt - as in Red Book
- 2.13   Number of Witnesses
- 2.14   Nature of charges not to be considered
- 2.22   Accomplice's Testimony
- 2.26   Police officer's testimony
- 2.27   Right of defendant not to testify

1

| | | |
|---|---|---|
| or | 2.28 | Defendant as witness |
| | 2.51 | Other crimes evidence - defendant objects to admission of evidence |
| | 2.70 | Redacted Documents and Tapes |
| | 2.73 | Exhibits during deliberations |
| | 2.75 | Communications between court and jury during deliberations |
| | 2.76 | Furnishing jury with a copy of the instructions |

<u>Proposed instruction - foreign nationals</u>

A foreign national charged with a criminal offense by the United States has the same right to a fair trial as a U.S. citizen.

Mr. Rodriguez reserves the right to recommend amendments or additions to the instructions in accord with evidence presented in the case.

Respectfully submitted,

_____
Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041