UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ]<br>       ]<br>   v.               ]   Criminal No. 05-214<br>       ]   Judge Leon<br>COLLADO RODRIGUEZ  ]<br>       ] |  |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant Collado Rodriguez, through undersigned counsel, proposes the following amendments and additions to the voir dire questions as proposed by the government:

INTRODUCTORY STATEMENT

Defense has no objection to government's proposed introduction.

STATEMENT OF THE CASE

Mr. Rodriguez is charged with the following offenses:

1. One count of distribution of heroin in violation of Title 21 United States Code Sections 841.

2. One count of distribution of powder cocaine in violation of Title 21 United States Code Section 841.

The Government alleges that on April 20, 2005, Mr. Rodriguez unlawfully distributed heroin at Mount Olivet Road, N.E., in the District of Columbia. The government also alleges that on May 5, 2005, Mr. Rodriguez unlawfully distributed more than 500 grams of powder cocaine at Florida Ave. and 4th Street, N.E. in the District of Columbia.

## VOIR DIRE QUESTIONS

The defense proposes the following additions and/or amendments to the government's proposed questions, by question number:

2.   Add names of court interpreters.

**NEW**  8.   (Presumption of innocence)

A fundamental principle of our legal system is that any person charged with a criminal offense is presumed innocent.

- A. Is there anyone who feels that it will be difficult to presume Mr. Rodriguez innocent throughout the trial?
- B. Does anyone disagree with the concept of presumption of innocence?
- C. Does anyone have any strong opinions regarding the presumption of innocence concept?

**NEW,** after 8: (Reasonable doubt)

Is there anyone who feels that it will be difficult to require the government to satisfy its burden of proof beyond a reasonable doubt in this case?

- A. Is there anyone who will find it difficult to vote not guilty on a particular Count if the government has failed to prove each and every element of that Count beyond a reasonable doubt?
- B. Does anyone disagree with the concept of proof beyond a reasonable doubt?
- C. Does anyone have any strong opinions regarding the reasonable doubt concept?
- D. Does anyone feel that, regardless of what the law says, a defendant in a criminal trial should be required to prove his or her innocence?

**NEW,** after 8: (Burden of proof)

Is there anyone who feels that it will be difficult to vote not guilty in this case if Mr. Rodriguez chooses not to present any evidence or choose not to testify at trial?

    A.    Does anyone disagree with the principle that a defendant need not prove his or her innocence, or produce any evidence, or testify at trial?

    B.    Does anyone have any strong opinions regarding the principle that a defendant need not not prove his or her innocence, or produce any evidence, or testify at trial?

**NEW,** after 8 (Multiple counts):

As I have indicated, Mr. Rodriguez has been charged by indictment with different counts. The indictment is not evidence. It is merely the formal manner of informing the accused of the charges against him. Does the mere fact that there are two charges cause any of you to believe that Mr. Rodriguez is probably guilty of one, or both of them?

If the evidence convinces you of guilt beyond a reasonable doubt with respect to one count, but not of another count, will any of you have any difficulty finding Mr. Rodriguez not guilty of the other count?

**NEW,** after 8 (Foreign language):

Do any members of the panel speak and/or understand the Spanish language?

    A.    Do you have Spanish speaking friends, relatives, neighbors or co-workers?

    B.    Do you know anyone who speaks Spanish?

    C.    Are you familiar with the Spanish language?

    D.    Have you ever lived, worked or traveled in a country where

        Spanish was the principal language?

E.      Do any of you have any feelings, whether negative or positive, about people who speak Spanish?

F.      Will it disturb you to hear any Spanish language spoken during trial?

G.      During the trial, you will see Mr. Rodriguez assisted by federally certified court interpreters to assure that he can understand everything that is being said. Will you in any way be prejudiced against the Mr. Rodriguez because he requires the services of interpreters?

H.      Do you think the use of interpreters would bother or annoy you in any way?

I.      Do you have different feelings about persons who do not speak English as compared to those who do?

J.      Do any of you have any feelings about people being tried in this country who do not speak English?

K.      Do you feel that the fact that Mr. Rodriguez speaks a foreign language will interfere with your ability to decide this case based on the evidence alone?

L.      Do you feel that you could be as fair to Mr. Rodriguez as you could to someone who was a native English speaker?

**NEW,** after 8 (Noncitizens):

How many of you believe that a person who is not a U.S. citizen and who is being charged by the United States in a criminal case is not entitled to the fullest protection of the law?

A.      How many of you believe that a person who is not a U.S. citizen and who is being charged by the United States in a criminal

       case is not entitled to the effective assistance of counsel?

B.    How many of you believe that a person who is not a U.S. citizen and who is being charged by the United States in a criminal case is not entitled to the presumption of innocence?

C.    How many of you believe that a person who is not a U.S. citizen and who is being charged by the United States in a criminal case is not entitled to a fair trial?

D.    Do you belong to any group or contribute any money to any group whose purpose it is to restrict immigration to the United States?

E.    The court will instruct you that a foreign national charged with a criminal offense by the United States has the same rights – including the right to a fair trial – as a U.S. citizen so charged. Will you find it difficult to follow this instruction?

F.    If selected, you will be asked to put aside any feelings you may have about a given individual's race, color, gender, age, national origin, creed and religion, and to determine the facts of this case based solely on the evidence seen and heard during the trial in the courtroom only. Is there anything about your views or feelings as to any of these factors that would effect your ability to render a fair and impartial verdict if chosen to sit in this case?

G.    Do you have different feelings about persons who are not from the U.S., as opposed to those who are from the U.S.?

H.    Have you had dealings with a foreign country, any person from a foreign country or any entity from a foreign country which could effect your ability to be a fair and impartial juror?

**NEW**, after 8 (Dominican Republic/Latino):

The evidence will show that Mr. Rodriguez is from the country of the Dominican Republic. Are you, any of your relatives or close friends:

- A. from the Dominican Republic?
- B. ever had any business relationships with persons from the Domican Republic?
- C. ever had any personal relationships with any persons from the Domican Republic?
- D. ever met anyone from the Dominican Republic?
- E. ever had either a bad or good experience with someone of the Dominican Republic origin?
- F. ever traveled to the Dominican Republic?
- G. ever traveled to the West Indies?
- H. Are any of your neighbors latino?
- I. Do you work with any persons of latino heritage?
- J. Do any of you feel that a person of Dominican Republic origin is more likely to commit a crime or a certain kind of crime than a person who is not of Dominican Republic origin?
- K. Is there anyone who would prefer not to sit on a case involving a person from the Dominican Republic?
- L. Do you think that hearing about national or cultural affiliations concerning Mr. Rodriguez will disturb you or affect your ability to decide this case based on the evidence alone?
- M. Do you think that persons who are Latino are likely to have committed crimes?
- N. Do you think that persons who are Latino have less morals than

    other persons who have no such affiliations?

  O. Do you think that persons who are Latino are less intelligent people who have no such affiliations?

12. Add in law enforcement agencies:  United States Customs Service; Citizenship and Immigration Services (USCIS; Immigration and Naturalization Service (INS); any state, county or local police or sheriff's department; special police officers; security officers.

  **NEW,** after 12 (Law Enforcement):

    Do any of you now, or have you, belonged to or participated in any crime prevention groups or victims rights groups? [Examples of such groups are: Neighborhood Watch and Orange Hats.]

    Do you regularly read or subscribe to publications relating to law enforcement, or use a scanner to listen to police communications?

  **NEW**   19 (Narcotics Cases):

    Evidence may be presented in this case regarding the possession and distribution of heroin and powder cocaine, which are controlled substances.

  A. Have drugs in general, or these substances in particular, had an adverse impact on your life or on the life of a relative or close personal friend?

  B. Do you have such strong feelings about these substances, drug crimes, or crime in general, that may make it difficult for you to serve as a juror in this case?

  **NEW**, after 23:

    In addition to not being able to discuss this case with anyone, not even among yourselves until you begin deliberation, the law requires that you not form an opinion or decide this case until you have heard <u>all</u> the evidence from both sides.  Is there anyone who may find it difficult to not decide this case in your mind

until you have heard all the evidence presented from both sides?

        Respectfully submitted,

_____
Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041