UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| v. | ] Criminal No. 05-214 |
| COLLADO RODRIGUEZ | ] Judge Leon |

### SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL

Petitioner Joanne Slaight, submits the following letter translated to English, which was mailed to the court by Mr. Rodriguez, and forwarded to counsel by the court. The English translation is attached, Exhibit A-1. The original letter in Spanish is attached with envelope and court forwarding envelope, Exhibits A-2-4.

Respectfully submitted,

Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC 20001
Phone (202) 408-2041