Washington, DC  08/15/06

Mr. Richard Leon
Honorable Judge of the District of Columbia Court

Honorable Magistrate,

Allow me to respectfully offer my salutations in order to briefly explain to you the reason for this letter.

For some time now, I have been facing a number of difficulties with my current legal representative, Mrs. Joanne D. Slaigth. They range from the lack of understanding between us because of the fact that we speak different languages to misunderstandings and controversies over the way she has been handling my case. For this reason, I respectfully and kindly ask you to make use of your good offices and request the following:
1. To absolutely and definitely dispense with the services of the afore-mentioned attorney.
2.  To assign a new, preferably Spanish-speaking attorney, to my case.

If you happen to grant my request, I would like, if possible and if your goodwill dictates, for you to assign Mr. Juan Retureta for whom I have excellent references. Also, we have heard that he displays great dedication and care over other cases he has handled with other Hispanic peers.

I extend my deepest appreciation in advance for whatever you can do to honor this request.


Sincerely,


Mr. Rodriguez Collado

Exhibit *A-1*

Washington DC. 8/15/06

Sr. Richard Leon,
Honorable Juez de la Corte del Distrito de Columbia.

Honorable Majistrado: Permitame ofrecerle mis respe-
tuoso saludo para posteriormente explicarle brevemente
el motivo de ésta misiva.
Dede un tiempo a la fecha he vivido enfrentando una
serie de dificultades con mi actual representante legal
la Srta Joanne D. Slaisth, los cuales van, desde la
falta de entendimiento entré ambos por asunto de que
manejamos diferentes idiomas, hasta mal entendidos y
controversias en la manera en que ella ha estado
manejando mi caso por lo que respetuosamente y rogán-
dole que usted interponga sus mejores oficios le solicito
lo siguiente:

1- Prescindir de forma absoluta y definitiva de los
servicios de la abogada antes mencionada

2- Que me sea otorgada la asignación de un nuevo
representante legal de preferencia de habla His-
pana.

De contar con su anuencia suya para mi solicitud, me
gustaría, de ser posible, y contando con su buena voluntad
que se me asignara al Sr. Juan Retureta del cual
tengo una exelente referencia además de que nos consta
su manifiesta preocupación y dedicación a los casos que ha
tenido con otros compañeros Hispanos.
De antemano le agradesco infinitamente todo lo
que usted pueda hacer en favor de ésta solicitud.

Se despide atentamente

Sr. Rodriguez Collado.

Exhibit A-2



SOUTHERN MD 207

21 AUG 2006 PM 1 L

Bodaguer Collado
DCDC 305053
CTF-DIA #14
1901 E Street SE.
Washington DC 2003

Sr Bodaguer Lois
U.S. District Court
333 Constitution Av. N.W
Washington DC 20001

RECEIVED
AUG 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

20001+2602

Exhibit A-3



WASHINGTON DC 200

23 AUG 2006 PM 7 L

U.S. POSTAGE

Joanne D. Siaght
717 Fifth Street, NW
Washington, DC 20001

United States District Court
for the District of Columbia
Chambers of Judge Richard J. Leon
Washington, DC 20001

Exhibit A-4