UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-214-02 (RJL) |
| | : | |
| **COLLADO RODRIGUEZ,** | : | |
| | : | Trial: December 15, 2006 |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the December 15, 2006 trial date in this matter.  In support of this motion, the Government offers the following:

1. On September 6, 2006, the Court granted Mr. Rodriguez's request to change attorneys, removed the trial date of September 25, 2006, and set trial to begin with jury selection on December 15, 2006.

2. The Government has learned that a necessary witness, Minh Dang, will be out of the area and unavailable for trial from December 15, 2006 through December 29, 2006.  Mr. Dang is the DEA chemist who tested the drugs in this case.  Mr. Dang was available for the September 25, 2006 trial date.

3. The defendant has been unwilling to stipulate to the testimony of the chemist and it is certainly his right to require the Government to produce the chemist at trial.

4. New counsel for Mr. Rodriguez, Mr. Ron Earnest, has been informed of this motion to continue the trial date and does not oppose the request.

5.  Counsel for the Government, Special United States Assistant Attorney Bryan Roslund, will be out of the area and unavailable for trial from January 17, 2007 through January 29, 2007.

WHEREFORE, given the unavailability of a necessary witness, the United States respectfully asks that the trial date of December 15, 2006 be reset to a date convenient for the Court and all parties.

Respectfully submitted,
JEFFERY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

BY: _____
BRYAN ROSLUND
Special Assistant United States Attorney
Organized Crime and Narcotics Section
555 4th Street, N.W.  #4108
Washington, DC 20001
(202) 514-4922; Fax: (202) 353-9414