**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  05-214-02 (RJL)** |
| | : | |
| **COLLADO RODRIGUEZ,** | : | |
| | : | **Trial: December 15, 2006** |
| **Defendant.** | : | |


**ORDER**

    Based upon the Government's Unopposed Motion to Continue Trial Date, it is this

_____ day of November, 2006, hereby

    **ORDERED** that the trial presently set for December 15, 2006 is reset to

_____, 2007.



_____
RICHARD J. LEON
United States District Judge