CO-526
(12/86)

FILED

JAN 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
       vs.                 )   Criminal No. 05-214
                           )                RJL
   Collado Rodriguez       )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Collado Rodriguez_
Defendant

_[signature]_
Counsel for defendant

I consent:

_Ean A. O'Connell_
United States Attorney

Approved:

_[signature]_
Judge